01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09 | CYNTHIA L. HALLOCK,              )
                                      )   CASE NO. C14-0310-RSL-MAT
10 |        Plaintiff,                )
                                      )
11 |        v.                        )
                                      )   REPORT AND RECOMMENDATION
12 | CAROLYN W. COLVIN, Acting        )
   | Commissioner of Social Security, )
13 |                                  )
   |        Defendant.                )
14 | _____  )

15      Plaintiff brought this action to seek judicial review of the denial of an application for

16 disability benefits by the Commissioner of the Social Security Administration.  The parties

17 now stipulate this case should be reversed and remanded.  (Dkt. 18.)

18      Based on the stipulation of the parties, the Court recommends this case be REVERSED

19 and REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative

20 proceedings to reconcile the conflicting findings regarding disability pertaining to Ms. Hallock.

21 Upon receipt of the Court's Order of Remand, the Appeals Council will remand the case to an

22 administrative law judge for a de novo hearing.  The Court will retain jurisdiction over the

REPORT AND RECOMMENDATION
PAGE -1

action pending further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98-102 (1991). If the outcome of the de novo hearing is unfavorable to plaintiff, she may seek judicial review by reinstating this case rather than by filing a new Complaint. If the outcome is favorable to plaintiff, the parties will move this Court for entry of Judgment.

The Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 21st day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2