UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA L. HALLOCK, ) | |
| ) | CASE NO. C14-0310-RSL-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 18.)  It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence six of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 23rd day of July, 2014.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REMAND
PAGE -1