UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA HALLOCK,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C14-0310-RSL-MAT<br><br>REPORT AND RECOMMENDATION |

  The Court previously remanded this matter for a *de novo* hearing pursuant to sentence six of 42 U.S.C. § 405(g), and directed the parties to move for entry of judgment in the event further proceedings were fully favorable to plaintiff. (Dkt. 20.) Plaintiff now presents a Stipulated Motion for Judgment (Dkt. 21) based on a fully favorable decision finding plaintiff disabled since June 17, 2011, the alleged disability onset date (*see* Dkt. 23-1).

  Considering the fully favorable decision and the stipulation of the parties, the Court recommends judgment be entered and this case closed. Also, upon proper presentation, the Court will consider plaintiff's application for attorney fees, costs, and expenses.

  The Court recommends United States District Judge Robert S. Lasnik immediately

REPORT AND RECOMMENDATION
PAGE - 1

approve this Report and Recommendation and direct the Clerk to enter judgment for plaintiff and close this case.  A proposed order accompanies this Report and Recommendation.

DATED this 27th day of January, 2016.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2