UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA L. HALLOCK,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. C14-0310-RSL<br><br>ORDER ENTERING JUDGMENT IN<br>FAVOR OF PLAINTIFF FOR AN<br>AWARD OF BENEFITS |

The Court has reviewed the stipulation of the parties to enter judgment in favor of plaintiff (Dkt. 21), and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Social Security Administration has conducted a hearing and issued a fully favorable decision, awarding plaintiff benefits; and

(3)    The Clerk of Court is directed to enter judgment in favor of plaintiff in this case.

Dated this 3rd day of February, 2016.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge